**Hasbani & Light P.C.**
Ross Eisenberg, Esq.
450 Seventh Ave. Suite 1408
New York, New York 10123
(212) 643-6677
*ATTORNEYS FOR ARCPE HOLDING LLC*
*C/O BSI FINANCIAL SERVICES*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)
_____

In Re:                                                                          Case No.: 21-14478-MBK

MIGUEL A. MORALES                                                Chapter 7
ROSE B. MORALES

            Debtors.
_____

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of ARCPE HOLDING LLC  C/O BSI Financial Services Inc. in the within proceeding with regard to its interest in the property known as 425 High Street Perth Amboy N.J. 08861.

     Please send copies of all notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

Dated: June 28, 2021
       New York, New York

                                          Sincerely,

                                          **Hasbani & Light P.C.**

                                          */s/Ross Eisenberg_____*
                                          Ross Eisenberg, Esq.