UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 21-14478 |
| MORALES, MIGUEL A | Chapter: 7 |
| MORALES, ROSE B | Judge: KCF |

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on October 19, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:    Real Estate at 265 Silzer Street, Perth Amboy, NJ, 08861.  Mr. Morales purchased the property in 2006 for $376,000 in his name only.  The current value is placed at $377,100 by an online CMA.  As the amount owed on the mortgage is much greater than the value, there would not be funds available for a distribution to creditors.

> Liens on property:
>
> Select Portfolio Servicing-$537,668.00

> Amount of equity claimed as exempt:
>
> NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*