UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.:        21-14478

MORALES, MIGUEL A                         Chapter:              7

MORALES, ROSE B                           Judge:              KCF

---

### NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below
as being of inconsequential value.  If you object to the abandonment, you must file a written objection
with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than
7 days before the hearing date.

| |
|---|
| Address of the Clerk:<br><br>Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on October 19,
2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28
days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the
clerk of a Certification of No Objection.

| |
|---|
| Description and value of property:  Timeshare at Vacation Village in the Berkshires, 276 Brodie Mountain Road, Lanesboro, MA  01237.   The current value is placed at $1,000 in debtors' schedules. The debtors are behind in maintenance fee payments for over 5 years. |

| |
|---|
| Liens on property:<br><br>NONE |

| |
|---|
| Amount of equity claimed as exempt:<br><br>$1,000 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*