UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 21-14478 |
| MORALES, MIGUEL A | Chapter: 7 |
| MORALES, ROSE B | Judge: KCF |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>October 19, 2021</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>2</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Timeshare at Flagship Resort, 60 N. Maine Avenue, Atlantic City, NJ. The current value is placed at $1,000 in the debtors' schedules. The debtors have tried to sell or surrender the timeshare without success.

Liens on property:

NONE

Amount of equity claimed as exempt:

$1,000

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*