UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | 21-14478 |
|---|---|---|---|
| MORALES, MIGUEL A | | Chapter: | 7 |
| MORALES, ROSE B | | Judge: | KCF |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>October 19, 2021</u>  at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>2</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    Timeshare at Westgate Resorts, 7700 Westgate Boulevard, Kissimmee, FL.  The current value is placed at $1,000 in the debtors' schedules.  The debtors have tried to sell or surrender the timeshare with no success.

Liens on property:

NONE

Amount of equity claimed as exempt:

$1,000.

Objections must be served on, and requests for additional information directed to:

| Name: | /s/Thomas J. Orr, Trustee |
|---|---|
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*