UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 21-14478 |
| MORALES, MIGUEL A | Chapter: 7 |
| MORALES, ROSE B | Judge: KCF |

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on October 19, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Timeshare at Liki Tiki Diamond Resort, 17777 Bali Blvd., Winter Garden, FL 34787. The current value is placed at $1,000 in the debtors' schedules. The debtors have tried to sell or surrender the timeshare with no success.

Liens on property:

NONE

Amount of equity claimed as exempt:

$1,000.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*