UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 21-14478 |
| MORALES, MIGUEL A | Chapter: | 7 |
| MORALES, ROSE B | Judge: | KCF |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>October 19, 2021</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>2</u>. (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:    Timeshare at Liki Tiki Diamond Resort, 17777 Bali Blvd., Winter Garden, FL  34787.  The current value is placed at $1,000 in the debtors' schedules.  The debtors have tried to sell or surrender the timeshare with no success.

> Liens on property:
>
> NONE

> Amount of equity claimed as exempt:
>
> $1,000.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Miguel A Morales  
Rose B Morales  
    Debtors

Case No. 21-14478-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Sep 16, 2021     Form ID: pdf905     Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Miguel A Morales, Rose B Morales, 265 Silzer Street, Perth Amboy, NJ 08861-3810 |
| cr | + | ARCPE HOLDING LLC, 1900 SUNSET HARBOUR DR., THE ANNEX, 2ND FLOOR, MIAMI BEACH, FL 33139-1400 |
| cr | + | Planet Home Lending as servicer for ARCPE HOLDING, Friedman Vartolo LLP, 1325 Franklin Ave, Garden City, NY 11530-1666 |
| 519225344 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519225343 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519225345 | + | Bureaus Investment Group Portfolio 15, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 519225347 | + | Caliber Home Loans, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 519225375 | | ECMC Group, 111 Washington Ave, Minneapolis, MN 55401 |
| 519225371 | + | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519225385 | + | ERC, P.O. Box 1259, Dept. 98696, Oaks, PA 19456-1259 |
| 519225383 | + | Equiant/Thousand Trails, Pob 26, Gautier, MS 39553-0026 |
| 519225381 | | Equiant/Thousand Trails, Attn: Bankruptcy, 400 N Juniper Dr, Ste 100, Chandler, AZ 85226 |
| 519225388 | | HFC, P.O. Box 9618, Virginia Beach, VA 23450-9618 |
| 519225390 | + | J. Scott Watson, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 519225397 | + | Member HSBC Group/Beneficial, Po Box 3425, Buffalo, NY 14240-3425 |
| 519225396 | + | Member HSBC Group/Beneficial, Attn: CML Customer Resolution Department, 1421 West Shore Drive, Suite 100, Arlington Heights, IL 60004-7818 |
| 519225403 | + | Ocwen Loan Servicing, LLC, 1 Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 519225402 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 519225413 | + | PHH Mortgage Services, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 519225412 | + | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 519225414 | + | Pioneer Credit Recovery, P.O. Box 500, Horseheads, NY 14845-0500 |
| 519225415 | + | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519225420 | + | Rutgers, The State University, 65 Davidson Road, Student Accounting Services, Piscataway, NJ 08854-5602 |
| 519225422 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519225421 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519225424 | + | The Intersectfund, 109 Church St, New Brunswick, NJ 08901-4012 |
| 519225429 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519225428 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519225357 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2021 20:33:17 | CC Holdings/CardMember Services, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 519225356 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2021 20:33:29 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY |

Case 21-14478-KCF    Doc 29    Filed 09/18/21    Entered 09/19/21 00:10:33    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Sep 16, 2021 | Form ID: pdf905 | Total Noticed: 71 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 11804-9001 |
| 519225346 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 16 2021 20:30:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 519225348 | + | Email/Text: cms-bk@cms-collect.com | Sep 16 2021 20:30:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519225349 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519225351 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:17 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519225353 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:23 | Capital One, N.A., 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 519225355 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:23 | Capital One/boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519225354 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:29 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519225359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2021 20:33:31 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519225358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2021 20:33:31 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519225360 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2021 20:30:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 519225361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2021 20:30:00 | Comenity Capital/Davids Bridal, Po Box 182120, Columbus, OH 43218-2120 |
| 519225363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2021 20:30:00 | Comenity Capital/Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 519225362 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2021 20:30:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 519225364 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 16 2021 20:30:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519225365 | + | Email/Text: clientservices@credit-control.com | Sep 16 2021 20:30:00 | Credit Control, LLC, 5757 Phantom Dr., Suite 330, Hazelwood, MO 63042-2429 |
| 519225366 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2021 20:33:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519225368 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2021 20:33:18 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519225370 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2021 20:33:24 | Credit One Bank, N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 519225371 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 16 2021 20:30:00 | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519225375 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 16 2021 20:30:00 | ECMC Group, 111 Washington Ave, Minneapolis, MN 55401 |
| 519225379 | + | Email/Text: bknotice@ercbpo.com | Sep 16 2021 20:30:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519225380 | + | Email/Text: bknotice@ercbpo.com | Sep 16 2021 20:30:00 | Enhanced Recovery Company, Po Box 57547, Jacksonville, FL 32241-7547 |
| 519225386 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 16 2021 20:30:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519225387 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 16 2021 20:30:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519225389 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 16 2021 20:30:00 | Internal Revenue Service, P.O. Box 145595, Cincinnati, OH 45250 |
| 519225391 | + | Email/Text: PBNCNotifications@peritusservices.com Sep 16 2021 20:29:00 | | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519225392 | + | Email/Text: PBNCNotifications@peritusservices.com Sep 16 2021 20:29:00 | | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519225395 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 16 2021 20:33:25 | | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519225393 | + | Email/Text: Documentfiling@lciinc.com Sep 16 2021 20:30:00 | | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519225394 | + | Email/Text: Documentfiling@lciinc.com Sep 16 2021 20:30:00 | | LendingClub, 595 Market St, San Francisco, CA 94105-2807 |
| 519225398 | + | Email/PDF: pa_dc_claims@navient.com Sep 16 2021 20:33:24 | | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519225400 | + | Email/PDF: pa_dc_claims@navient.com Sep 16 2021 20:33:30 | | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519225404 | + | Email/PDF: cbp@onemainfinancial.com Sep 16 2021 20:33:17 | | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519225408 | + | Email/PDF: cbp@onemainfinancial.com Sep 16 2021 20:33:23 | | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519225416 | + | Email/PDF: resurgentbknotifications@resurgent.com Sep 16 2021 20:33:25 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519225418 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 16 2021 20:33:25 | | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519225423 | | Email/PDF: ais.sprint.ebn@americaninfosource.com Sep 16 2021 20:33:22 | | Sprint, PO Box 660092, Dallas, TX 75266 |
| 519225426 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 16 2021 20:29:00 | | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 519225427 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 16 2021 20:29:00 | | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 519225430 | + | Email/Text: bankruptcynotice@westlakefinancial.com Sep 16 2021 20:30:00 | | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 519225431 | + | Email/Text: bankruptcynotice@westlakefinancial.com Sep 16 2021 20:30:00 | | Westlake Financial Services, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519225342 | | ARCPE Holding/BSI |
| 519225350 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519225352 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519225367 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519225369 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519225372 | *+ | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519225373 | *+ | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519225374 | *+ | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519225376 | * | ECMC Group, 111 Washington Ave, Minneapolis, MN 55401 |
| 519225377 | * | ECMC Group, 111 Washington Ave, Minneapolis, MN 55401 |
| 519225378 | * | ECMC Group, 111 Washington Ave, Minneapolis, MN 55401 |
| 519225384 | *+ | Equiant/Thousand Trails, Pob 26, Gautier, MS 39553-0026 |
| 519225382 | * | Equiant/Thousand Trails, Attn: Bankruptcy, 400 N Juniper Dr, Ste 100, Chandler, AZ 85226 |

| | | |
|---|---|---|
| 519225399 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519225401 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519225405 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519225406 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519225407 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519225409 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519225410 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519225411 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519225417 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519225419 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519225425 | *+ | The Intersectfund, 109 Church St, New Brunswick, NJ 08901-4012 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS2 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan C. Schwalb
on behalf of Creditor Planet Home Lending as servicer for ARCPE HOLDING LLC bankruptcy@friedmanvartolo.com

Justin M Gillman
on behalf of Joint Debtor Rose B Morales ecf@gbclawgroup.com
R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Justin M Gillman
on behalf of Debtor Miguel A Morales ecf@gbclawgroup.com
R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Ross Eisenberg
on behalf of Creditor ARCPE HOLDING LLC ross.eisenberg18@gmail.com

Thomas Orr
on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8