Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 21−14478−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Miguel A Morales<br>265 Silzer Street<br>Perth Amboy, NJ 08861 | Rose B Morales<br>aka Rose B. Brion<br>265 Silzer Street<br>Perth Amboy, NJ 08861 |

Social Security No.:
  xxx−xx−3132                                                xxx−xx−5602

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

  I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Timeshare at Vacation Village in the Berkshires


Dated: October 13, 2021
JAN: mjb

                                                            Jeanne Naughton
                                                            Clerk