Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                           Case No.:  21−14478−KCF
                           Chapter:  7
                           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Miguel A Morales | Rose B Morales |
| 265 Silzer Street | aka Rose B. Brion |
| Perth Amboy, NJ 08861 | 265 Silzer Street |
| | Perth Amboy, NJ 08861 |

Social Security No.:
  xxx−xx−3132                                           xxx−xx−5602

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Timeshare at Flagship Resort

Dated: October 13, 2021
JAN: mjb

                                                                                                      Jeanne Naughton
                                                                                                      Clerk