Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.:  21−14478−KCF
                         Chapter:  7
                         Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Miguel A Morales                                              Rose B Morales
   265 Silzer Street                                               aka Rose B. Brion
   Perth Amboy, NJ 08861                             265 Silzer Street
                                                               Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−3132                                                    xxx−xx−5602

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Timeshare at Westgate Resorts

Dated: October 13, 2021
JAN: mjb

                                                                                                       Jeanne Naughton
                                                                                                       Clerk